## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| SEARCH OF: | ) | |
| | ) | **ORDER** |
| THE RESIDENCE IDENTIFIED AS | ) | |
| #781 EAST DUNSEITH HOUSING | ) | |
| PROJECT, DUNSEITH, NORTH | ) | |
| DAKOTA AND ONE 1979 BLACK | ) | |
| CHEVROLET VAN WITH VIN # | ) | |
| CGU1590129560. | ) | Case No.  4:09-mj-052 |

_____

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with

attachments, including the Affidavit of Special Agent Ryan O'Neil, Federal Bureau of Investigation,

Search Warrant Return, and the Government's Motion to Seal, are sealed until further order of the

court.

Dated this 11th day of August, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge